FILED

MAR - 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **5 :26 CR 0 0 1 1 9** |
| | ) | Title 18, United States Code, |
| WESLEY MOORE, | ) | Sections 922(g)(1) and 924(a)(8) |
| | ) | |
| Defendant. | ) | |

**JUDGE FLEMING**

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1.     On or about January 14, 2026, in the Northern District of Ohio, Eastern Division, Defendant WESLEY MOORE, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Domestic Violence and Abduction, on or about September 30, 2021, in Case Number 2021CR0811, in the Stark County Court of Common Pleas; Trafficking in Cocaine and Possession of Cocaine, on or about November 16, 2010, in Case Number 2010CR1319, in the Stark County Court of Common Pleas; and Aggravated Robbery, on or about May 5, 2004, in Case Number 2004CR0241A in Stark County Court of Common Pleas, knowingly possessed a firearm, to wit: an Iberia Firearms Inc. (Dba, Hi-Point Firearms), .40 caliber semi-automatic pistol, serial number X773758, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

2.      For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference.  As a result of the foregoing offense, WESLEY MOORE shall forfeit to the United States all firearms and ammunition involved or used in the commission of the federal firearm violation charged herein; including but not limited to, the following: an Iberia Firearms Inc. (Dba, Hi-Point Firearms), .40 caliber semi-automatic pistol, serial number X773758.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.